# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JORDAN,<br><br>        Petitioner,<br><br>     v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | Case No. CV 08-8199-JHN (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  January 13, 2012

                                            JACQUELINE H. NGUYEN
                                          UNITED STATES DISTRICT JUDGE